UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 22720
   CHARLES DEE LANE
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

            Debtor
   SSN XXX-XX-2887

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 12/04/2007 and was not confirmed.

      The case was dismissed without confirmation 04/03/2008.
-------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PEOPLES GAS LIGHT & COKE | UNSECURED | 2514.11 | .00 | .00 |
| ASSET ACCEPTANCE | UNSECURED | 3439.44 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 171.27 | .00 | .00 |
| AMERICAS FINANCIAL CHOIC | UNSECURED | 177.13 | .00 | .00 |
| ADVOCATE TRINITY HOSPITA | UNSECURED | 1357.69 | .00 | .00 |
| T MOBILE | UNSECURED | 264.50 | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 2794.16 | .00 | .00 |
| AMERICREDIT | UNSECURED | 16921.50 | .00 | .00 |
| ADVOCATE TRINITY HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| ST MARGARET MERCY HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| ANIL GULATI MD | UNSECURED | NOT FILED | .00 | .00 |
| JACKSON PARK HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST DIAGNOSTIC PATHO | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO IMAGING | UNSECURED | NOT FILED | .00 | .00 |
| AKHTAR PARUAIZ | UNSECURED | NOT FILED | .00 | .00 |
| AMBULANCE TRANSPORTATION | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL RECOVERY SPECIAL | UNSECURED | NOT FILED | .00 | .00 |
| SOUTH SUBURBAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| UNIVERSITY OF CHICAGO HO | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED CREDIT SERVI | UNSECURED | NOT FILED | .00 | .00 |
| COTTAGE EMERGENCY PHYSIC | UNSECURED | NOT FILED | .00 | .00 |
| COOK COUNTY TREASURER | UNSECURED | NOT FILED | .00 | .00 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGE DEPT REV | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGE DEPT REV | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF OAK FOREST | UNSECURED | NOT FILED | .00 | .00 |
| WOW CABLE | UNSECURED | NOT FILED | .00 | .00 |
| US CELLULAR | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL QUICK CASH | UNSECURED | NOT FILED | .00 | .00 |
| PAY DAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAS FINANCIAL CHOIC | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO WATER DE | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT PCS | UNSECURED | NOT FILED | .00 | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 22720 CHARLES DEE LANE

```
PRO SE DEBTOR            DEBTOR ATTY         .00                              .00
TOM VAUGHN              TRUSTEE                                               .00
DEBTOR REFUND          REFUND                                                .00
```

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                              .00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                     .00
DEBTOR REFUND                                            .00
                        ---------------   ---------------
TOTALS                               .00              .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                         /s/ Tom Vaughn
     Dated: 07/24/08     _____
                         TOM VAUGHN
                         CHAPTER 13 TRUSTEE